KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Rodolfo Iglesias Parada, | No. CV-26-02086-PHX-SPL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Warden, et al., | |
| Respondents. | |

Self-represented Petitioner Jose Rodolfo Iglesias Parada, who is confined in the Florence Service Processing Center, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) in the United States District Court for the Western District of Washington alleging his immigration detention constitutes arbitrary detention in violation of the Fifth Amendment's Due Process Clause. In a March 24, 2026 Order, that court determined that because Petitioner was detained in Arizona, it did not have jurisdiction over the Petition and transferred the Petition to this Court.

This is not Petitioner's first § 2241 petition challenging his immigration detention. On March 19, 2026, Petitioner filed a § 2241 petition in *Parada v. Unknown Warden*, CV-25-01874-PHX-SPL (ASB), raising the same issue. In that action, the Court dismissed the March 19 Petition and gave Petitioner 30 days to file an amended petition.

Because Petitioner already has an active habeas case pending in this Court, the Court will dismiss without prejudice this case. **Petitioner must raise all claims relating to his immigration detention in an amended petition in CV-26-01874-PHX-SPL (ASB).**

**IT IS ORDERED:**

(1)     The Petition (Doc 1) and this case are **dismissed without prejudice**.

(2)     The Clerk of Court must close the case and enter judgment.

Dated this 2nd day of April, 2026.

Honorable Steven P. Logan
United States District Judge